FILED
CLERK, U.S. DISTRICT COURT

DEC 27 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

16-MJ-2525

UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )   ORDER OF DETENTION AFTER
                                   )   HEARING ( Fed.R.Crim.P. 32.1(a)(6)
            v.                     )   Allegations of Violations of Probation
                                   )   Supervised Release)
Marco Hernandez-Lara              )   Conditions of Release)
                                   )
            Defendant.             )

        On arrest warrant issued by a United States District Court involving alleged

violations of conditions of probation or Supervised Release,

        The court finds no condition or combination of conditions that will

reasonably assure:

        (A)   (X)   the appearance of defendant as required; and/or

        (B)   (X)   the safety of any person or the community.

//

//

The court concludes:

A. (X) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

he is not a danger to the community given his criminal history and the instant allegations

(B) (X) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

he will appear given his undocumented immigration status and no known community ties.

IT IS ORDERED that defendant be detained.

DATED: 12/27/2016

JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE

2